# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 19, 2017

Stephen J. Markman,
Chief Justice

154437

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

BRUCE MILLAR,
      Plaintiff-Appellant,

v

CONSTRUCTION CODE AUTHORITY, ELBA
TOWNSHIP, and CITY OF IMLAY CITY,
      Defendants-Appellees.

SC: 154437
COA: 326544
Lapeer CC: 14-047734-CZ

_____/

On order of the Court, the application for leave to appeal the August 4, 2016 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the plaintiff's claim under the Whistleblowers Protection Act was barred by the 90-day limitation period set forth in MCL 15.363(1). The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 19, 2017



Clerk

s0516